UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| TAMBRA HOGAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NAPA COUNTY DISTRICT ATTORNEY, et al., <br><br> Defendants. | Case No. 22-cv-04052-LB <br><br> **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** <br><br> Re: ECF No. 1 |

Pursuant to Civil Local Rule 3-12(c), the court refers the above-titled case to United States District Judge Jacqueline Scott Corley, to consider whether the case is related to case number 3:22-cv-01576-JSC.

**IT IS SO ORDERED.**

Dated: August 31, 2022

LAUREL BEELER
United States Magistrate Judge

ORDER – No. 22-cv-04052-LB