UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KEITH RIVERS, | |
|---|---|
| Plaintiff, | Case No. 22-cv-01576-JSC |
| v. | **ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED** |
| AMERICAN CANYON POLICE DEPARTMENT, et al., | |
| Defendants. | |

Plaintiff filed this case on March 11, 2022.  (Dkt. No. 1.)  The Court screened the complaint pursuant to 28 U.S.C. § 1915 and Defendants were served on August 15, 2022.  (Dkt. Nos. 10, 13.)  The Court held an initial case management conference on October 20, 2022.  Plaintiff failed to appear.  (Dkt. Nos. 18, 20.)  The Court set a further case management conference for November 17, 2022 and warned Mr. Rivers that if he failed to appear the Court would issue an order to show cause for failure to prosecute.  (Dkt. No. 20.)  Plaintiff again failed to appear and did not otherwise communicate with the Court.

Accordingly, Plaintiff is ordered to show cause as to why this action should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41.  Plaintiff shall submit a written response to this Order by **November 28, 2022** showing cause as to why this action should not be dismissed for failure to prosecute.  Failure to comply with this order may result in dismissal of this action.  *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: November 17, 2022

JACQUELINE SCOTT CORLEY
United States District Judge